BENJAMIN G. HITCHINGS, INC., Appellant, *v.* HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondent.

(Argued November 24, 1930; decided January 6, 1931.)

*Clarence F. Corner, John S. Russell* and *Gerald F. Hoyt* for appellant.

*Leslie D. Dawson* and *Edwin De T. Bechtel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.